958 A.2d 1041

**In re Michael T. JOYCE.**

**Petition of Michael T. Joyce.**

**No. 141 EM 2008.**

Supreme Court of Pennsylvania.

Oct. 15, 2008.

**ORDER**

PER CURIAM.

**AND NOW,** this 15th day of October, 2008, the Petition to Allow Subpoena of Judges is **DENIED.**

Justice McCAFFERY did not participate in the consideration or decision of this matter.